UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JAMIK BANKS,  :  Case No. 18-cv-11220 (ALC-OTW)
 :
                Plaintiff,  :
 :
   -against-  :  **ORDER**
 :
TINA PINNOCK P/K/A HOODCELEBRITYY,  :
SONY MUSIC ENTERTAINMENT,  :
KSR GROUP, LLC  :
 :
                Defendants.  :
 :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., District Judge:**

    The Court is in receipt of Plaintiff's letter requesting an extension of time to file his motion to dismiss Defendants' counterclaims. Plaintiff is hereby **GRANTED** leave to file his motion papers in accordance with the following revised briefing schedule:

**Plaintiff's Motion to Dismiss:**                                           December 13, 2019

**Defendants' Opposition Papers:**                                 January 7, 2020

**Plaintiff's Reply Papers:**                                                 January 21, 2020

**SO ORDERED.**

Dated: November 27, 2019
       New York, New York

                                                                ANDREW L. CARTER, JR.
                                                                 United States District Judge