```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
JAMIK BANKS,                                                :
                                                            :
                                Plaintiff,                  :     No. 18-CV-11220 (ALC) (OTW)
                                                            :
                -against-                                   :     **ORDER**
                                                            :
TINA PINNOCK P/K/A HOODCELEBRITYY, et al.,                  :
                                                            :
                                Defendants.                 :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Pre-Settlement Conference Telephone Call in this matter on January 7, 2020. As discussed on the call, the Court will hold a Discovery Status Conference on **Tuesday, February 11, 2020 at 11:30 a.m.** in Courtroom 20D, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007. By **February 4, 2020**, the parties shall file a joint status letter, which shall include a proposed agenda for the conference.

**SO ORDERED.**

                                                            _s/ Ona T. Wang_
Dated: January 7, 2020                                      **Ona T. Wang**
       New York, New York                                   United States Magistrate Judge