**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
JAMIK BANKS, :
: 
                    Plaintiff, :     No. 18-CV-11220 (ALC) (OTW)
: 
    -against- :     **<u>ORDER</u>**
: 
TINA PINNOCK P/K/A HOODCELEBRITYY, et al., :
: 
                    Defendants. :
: 
---------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Discovery Status Conference in this matter on February 11, 2020. As discussed at the conference, the parties shall file a joint status letter by **February 18, 2020**, which shall include (1) whether the parties request referral to the Court's mediation program and (2) a proposed discovery schedule.

**SO ORDERED.**

Dated: February 11, 2020                                            *s/ Ona T. Wang*
      New York, New York                                     **Ona T. Wang**
                                                                United States Magistrate Judge