USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/28/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
   JAMIK BANKS,

                                    Plaintiff,               18-CV-11220 (ALC)

            -against-                               **ORDER**

   KSR GROUP, LLC, et al.,

                                 Defendants.
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

     It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:     **May 28, 2020**
              **New York, New York**

                                                       _____
                                                         **HON. ANDREW L. CARTER, JR.**
                                                           **United States District Judge**

1